FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Oct 30, 2023
OFFICE OF THE CLERK

In the United States District Court
Western District Of Arkansas
_____ Division

Clay Thomas Gresham
_____

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Kasey Sanford
Deanna Hopson
C.O. Tibbs
Lisa Worley
_____

*(In the space above enter the full name of each Defendant)*

Case No. 1:23-cv-1098
(To be filled out by Clerk's Office only)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

Clay Thomas Gresham
Name (First, Middle, Last)          Aliases

Prisoner ID #, if any

Union County Detention Center
Place of Detention or Incarceration

<u>250 American Road</u>
Address (*If detained, facility address*)

<u>Union, ElDorado, Ar.</u>   <u>71730</u>
County, City          State         Zip Code

## II. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

[✓] Pretrial detainee

[ ] Convicted and serving a sentence. Provide Date of Conviction _____.

[ ] Other. Explain: _____

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:  <u>Sanford, Kasey</u>
Name (Last, First)

<u>Nurse</u>
Current Job Title

<u>250 American Road</u>
Current Work Address

<u>Union, ElDorado, Ar.</u>   <u>71730</u>
County, City          State         Zip Code

Defendant 2: __HOPSON, Deanna__
Name (Last, First)

__Doctor__
Current Job Title

__250 American Road__
Current Work Address

__Union, ElDorado, Ar.     71730__
County, City        State        Zip Code


Defendant 3: __Tibbs, Unknown__
Name (Last, First)

__C.O.__
Current Job Title

__250 American Rd.__
Current Work Address

__Union, ElDorado   Ar.    71730__
County, City        State        Zip Code


Defendant 4: __Worley, Lisa__
Name (Last, First)

__Captain__
Current Job Title

__250 American Road__
Current Work Address

__Union, ElDorado    Ar.    71730__
County, City        State        Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: 250 American Road, Eldorado, Ar. 71730 Union County Detention Center

Date(s) of occurrence: 08-04-2023 ; 9-30-23 – 10-5-23

Name of Each Defendant Involved:

Dr. Deanna Hopson
Nurse Kasey Sanford
C.O. Tibbs
Lisa Worley

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of Medical care, inhumain treatment

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] I was arrested on August 4, 2023 and my mother brought my Psych. medication here which was Seroquel Klonpin and tegretol which i have been taking for many years Nurse Sanford would not give it to me and Stated it had to be ordered From pharmacy to receive it. I was then placed in a pickle suit by C.O. Tibbs

Claim 1

at Riverview where they had sent me to for three weeks and I was placed in holding cell in Nurses Station when I returned on 8-29-23 and between dates of 9-30-23 and 10-5-23 I was taunted by Nurse Sanford on three occasions with her showing me my bottle of Klonipin and stating that I could start taking it and stay in holding cell or not start getting it and be moved into an Open-Pod O-Pod and then said she was making the choice for me on the third occasion. I still have not been given my Klonipin as of today. I have experienced severe mental anguish and depression from not being given my Klonipin as well as ramming my head into door in Nurses Station holding cell about 20 times a few weeks ago I have repeatedly asked for my Klonipin to no avail as of today.

See Dr. Calls and medical notes etc
See Greviance and Appeals on Kiosc Dated
10-7-23    9:00 AM
10-8-23    11:00 AM
10-12-23   2:25 PM
10-17-23
10-18-23   9:20 AM
10-18-23   9:53 AM


**Who did what?**

**How were you injured?**

For two days in a holding cell with four other inmates who was in regular orange jumpsuits. I was sent to Riverview mental health facility on 8-7-23 – 8-29-23 and was immediately placed back on the same medication I had taken for years and my mother had brought to jail on 8-4-23 plus one other medication Abilify which I took daily between 8-7-23 thru 8-29-23. When I returned here to jail they continued to withhold my Klonpin which my mother, myself and the Dr. at Riverview all told them I needed and had took for over 20 years. Nurse Sanford and Dr. Hopson both denied me my medicine prescribed by the Dr. cont → see attach

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

---

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Denial of medical care - Inhumane treatment of confinement for being placed in pickle suit with regular inmates for three days, and being locked out of the kiosk for over 3 weeks

---

**Claim Number 2:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | _____ |

| Who did what? | _____ |

| How were you injured? | _____ |

_____
_____
_____
_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

**Claim Number 3:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| **What happened to you?** | _____ |
| **Who did what?** | _____ |
| **How were you injured?** | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I am asking for $30,000.00 dollars for the mental anguish and torment I have been put through from not being given my medication as well as the depression etc. as well as the inhumane treatment for being thrown into a holding cell in a pickle suit with other inmates in orange jumpsuits for three days. I am also asking this for being taunted about my medication with it. I am asking also that the court order the Dr. and Nurse here give me my Klonipin and quit with holding it from me which i have been prescribed.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

If yes, how many? 0

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?  ☐ Yes  ☑ No

If yes, how many? 0

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____
_____
_____

## VII.  PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/23/23
Dated

Clay Thomas Gresham
Plaintiff's Signature

Clay T. Gresham
Printed Name (First, MI, Last)

Prison Identification #, if any.

250 American Rd    El Dorado    Ar    71730
Prison Address      City         State  Zip Code

Clay Gresham          CTC Account Dates and Times

| Date | Time |
|---|---|
| 2023-09-24 | 11:04 am |
| 2023-09-24 | 11:05 am |
| 2023-09-27 | 16:54 pm |
| 2023-10-06 | 16:47 pm |
| 2023-10-07 | 09:45 am |
| 2023-10-07 | 20:34 pm |
| 2023-10-08 | 11:05 am |
| 2023-10-09 | 09:20 am |
| 2023-10-13 | 14:30 pm |
| 2023-10-17 | 13:12 pm |
| 2023-10-17 | 13:18 pm |
| 2023-10-18 | 09:12 am |
| 2023-10-18 | 10:02 am |
| 2023-10-21 | 09:36 am |
| 2023-10-21 | 13:10 pm |
| 2023-10-22 | 20:15 pm |
| 2023-10-23 | 09:01 am |



Clay T. Gresham
250 American Rd,
El Dorado, AR 71730

This Mail Originated From A Criminal Justice Facility

FIRST-CLASS

Received WD/AR
OCT 27 2023
U.S. Clerk's Office

Pro Se Law Clerk Office
35 East Mountain Street,
Suite 510
Fayetteville, AR 72701